

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

**NO. 02-13-00385-CR**
**NO. 02-13-00386-CR**
**NO. 02-13-00387-CR**
**NO. 02-13-00388-CR**
**NO. 02-13-00389-CR**

ROBERT HASTY                                                                 APPELLANT

V.

THE STATE OF TEXAS                                                              STATE

----------

FROM THE 158TH DISTRICT COURT OF DENTON COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant Robert Hasty filed a notice of appeal for each of these cases,

attempting to appeal his 2005 conviction for burglary of a building and his 2009

---

[1]*See* Tex. R. App. P. 47.4.

convictions for burglary of a building, engaging in organized criminal activity, and two counts of theft.

On August 21, 2013, we notified Hasty that these appeals may be dismissed based on the trial court's certifications, each of which state that the case "is a plea-bargain case, and the defendant has NO right of appeal" and that "the defendant has waived the right to appeal." *See* Tex. R. App. P. 25.2(a)(2). We also notified Hasty of our concern that we lacked jurisdiction over the appeals because of the untimely-filed notices of appeal. *See* Tex. R. App. P. 26.2(a)(1). We requested that he or any party desiring to continue the appeals file a response showing grounds for continuing the appeals by September 3, 2013, or the appeals could be dismissed for want of jurisdiction. *See* Tex. R. App. P. 25.2(d), 42.3(a), 43.2(f). Hasty filed a response requesting dismissal of the appeals.[2] *See* Tex. R. App. P. 42.2(a). Accordingly, we dismiss these appeals. *See* Tex. R. App. P. 43.2(f).

---

[2]Specifically, Hasty states,

> This letter is in regards to a letter I received from the appeal court August 21, 2013 stating that I was challenging my conviction that I received on Sept. 11, 2009. I understand it was a plea bargain. So please dismiss the notice of appeal on the above convictions on plea bargaining my case.

2

PER CURIAM

PANEL:  WALKER, MCCOY, and MEIER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  September 26, 2013